## FOURTH DEPARTMENT, DECEMBER, 1980

## (December 12, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOHN VIOLANTE, Respondent.—Orders unanimously affirmed. Memorandum: The District Attorney's failure to communicate his readiness for trial to the court within the period prescribed by CPL 30.30 mandates dismissal of the indictment *(People v Brothers,* 50 NY2d 413, 416; *People v Hamilton,* 46 NY2d 932, 933; *People v Lester,* 78 AD2d 579). (Appeals from orders of Monroe County Court—dismiss indictment.) Present—Dillon, P. J., Cardamone, Hancock, Jr., Callahan and Moule, JJ.

■ WARREN T. MCMAHON, Appellant, v LIBERTY MUTUAL INSURANCE COMPANY, Respondent.—Order and judgment unanimously affirmed, without costs, on the memorandum decision at Special Term, McGowan, J. (Appeal from order and judgment of Erie Supreme Court—summary judgment.) Present—Dillon, P. J., Cardamone, Hancock, Jr., Callahan and Moule, JJ.